CHARLES KENNETH et al., Respondents, v. THOMAS GARDNER et al., Appellants.—

576

Present — Goldman, P. J., Marsh, Witmer, Moule and Henry, JJ.